**Order entered May 16, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01369-CV

### MICHAEL D. WILSON, Appellant

### V.

### WOODLAND HILLS APARTMENT, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04980-C**

## ORDER

We **GRANT** appellant's May 12, 2016 motion for extension of time to file amended brief and **ORDER** the brief tendered to the Clerk of the Court May 13, 2016 filed as of the date of this order.

We **DENY** as moot appellant's May 2, 2016 extension motion.

/s/    CRAIG STODDART
       JUSTICE